IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MARYANNE MCCAULEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:23-CV-01646 |
| RWR ENTERPRISES, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed February 19, 2024, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, RWR ENTERPRISES, INC., and this entire action, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on __2/21/2024__

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record